B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Salyersville Medical Center, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**61-1300695** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**601 East Maple Street**<br>**Salyersville, KY**<br>ZIP Code **41465** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Magoffin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Salyersville Medical Center, LLC** ||
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| Location Where Filed:    - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)


         _____
         (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Salyersville Medical Center, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Jamie L. Harris**
Signature of Attorney for Debtor(s)

**Jamie L. Harris**
Printed Name of Attorney for Debtor(s)

**DelCotto Law Group PLLC**
Firm Name

**200 North Upper Street**
**Lexington, KY 40507-1017**

_____
Address

**(859) 231-5800  Fax: (859) 281-1179**
Telephone Number

**July 20, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Djien H. So**
Signature of Authorized Individual

**Djien H. So**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**July 20, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **Salyersville Medical Center, LLC**   Case No.
Debtor(s)   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Cardinal Health**<br>P.O.Box 905867<br>Charlotte, NC 28290-5867 | **Cardinal Health**<br>P.O.Box 905867<br>Charlotte, NC 28290-5867 | **Trade debt** | | 5,699.20 |
| **Kent Wicker, Esq.**<br>**Reed Wicker PLLC**<br>**2100 Waterfront Plaza**<br>**321 West Main Street**<br>**Louisville, KY 40202** | **Kent Wicker, Esq.**<br>**Reed Wicker PLLC**<br>**2100 Waterfront Plaza**<br>**Louisville, KY 40202** | **Professional services** | | 5,405.00 |
| **U of Louisville**<br>218 South Scott Street<br>Madisonville, KY 42431 | **U of Louisville**<br>218 South Scott Street<br>Madisonville, KY 42431 | **Trade debt** | | 5,000.00 |
| **BKD CPAs Advisors**<br>220 W. Main St, Suite1700<br>Louisville, KY 40201-1176 | **BKD CPAs Advisors**<br>220 W. Main St, Suite1700<br>Louisville, KY 40201-1176 | **Professional services** | | 3,605.00 |
| **Lab Corp**<br>P.O.Box 12140<br>Burlington, NC 27216-2140 | **Lab Corp**<br>P.O.Box 12140<br>Burlington, NC 27216-2140 | **Trade debt** | | 1,301.15 |
| **John Hancock Services**<br>P.O.Box 2495<br>Carol Stream, IL 60132-2495 | **John Hancock Services**<br>P.O.Box 2495<br>Carol Stream, IL 60132-2495 | **Professional services** | | 1,221.04 |
| **WRLV AM & FM**<br>P.O.Box 550<br>Salyersville, KY 41465 | **WRLV AM & FM**<br>P.O.Box 550<br>Salyersville, KY 41465 | **Trade debt** | | 1,200.00 |
| **Grogans**<br>1016 S.Broadway<br>Lexington, KY 40504 | **Grogans**<br>1016 S.Broadway<br>Lexington, KY 40504 | **Trade debt** | | 999.96 |
| **Excalibur Graphics**<br>1736 Hidden Hills Road<br>Gatlinburg, TN 37738 | **Excalibur Graphics**<br>1736 Hidden Hills Road<br>Gatlinburg, TN 37738 | **Trade debt** | | 836.66 |
| **Office Depot**<br>P.O.Box 5027<br>Boca Raton, FL 33431-0827 | **Office Depot**<br>P.O.Box 5027<br>Boca Raton, FL 33431-0827 | **Trade debt** | | 604.65 |
| **Medical Arts Press**<br>P.O.Box 37647<br>Philadelphia, PA 19101-0647 | **Medical Arts Press**<br>P.O.Box 37647<br>Philadelphia, PA 19101-0647 | **Trade debt** | | 529.47 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Salyersville Medical Center, LLC**  
                           Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Amis<br>221 22nd Street<br>Huntington, WV 25703 | Amis<br>221 22nd Street<br>Huntington, WV 25703 | Trade debt | | 318.06 |
| Fiserv Health<br>P.O.Box 3079<br>Lexington, KY 40504 | Fiserv Health<br>P.O.Box 3079<br>Lexington, KY 40504 | Trade debt | | 218.66 |
| Miniard Water<br>P.O.Box 7040<br>Hazard, KY 41701 | Miniard Water<br>P.O.Box 7040<br>Hazard, KY 41701 | Trade debt | | 135.50 |
| Cooley Medical<br>P.O.Box 231<br>Prestonsburg, KY 41653 | Cooley Medical<br>P.O.Box 231<br>Prestonsburg, KY 41653 | Trade debt | | 125.20 |
| Classic Printing<br>113 Caroline Av, Suite 1<br>Pikeville, KY 41501 | Classic Printing<br>113 Caroline Av, Suite 1<br>Pikeville, KY 41501 | Trade debt | | 42.40 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 20, 2011**        Signature  **/s/ Djien H. So**  
                                                                                  **Djien H. So**  
                                                                                   **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Salyersville Medical Center, LLC**                          ,  Case No. _____

Debtor

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Djien H. So**<br>**125 Foxcroft Lane**<br>**Pikeville, KY 41501** | | | **49.5%** |
| **Electronic Medical Management, Inc.**<br>**c/o Djien H. So**<br>**145 Foxcroft Lane**<br>**Pikeville, KY 41501** | | | **1%** |
| **Leonor Pagtakhan-So**<br>**125 Foxcroft Lane**<br>**Pikeville, KY 41501** | | | **49.5%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 20, 2011**                           Signature  **/s/ Djien H. So**
                                                            **Djien H. So**
                                                            **Managing Member**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Salyersville Medical Center, LLC**  
　　　　　　　　　　　　　　　　　　　Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Salyersville Medical Center, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 20, 2011**  
Date

/s/ Jamie L. Harris  
**Jamie L. Harris**  
Signature of Attorney or Litigant  
Counsel for  **Salyersville Medical Center, LLC**  
**DelCotto Law Group PLLC**  
**200 North Upper Street**  
**Lexington, KY 40507-1017**  
**(859) 231-5800 Fax:(859) 281-1179**

**United States Bankruptcy Court**
**Eastern District of Kentucky**

In re  **Salyersville Medical Center, LLC**                                             Case No.
                                            Debtor(s)                                   Chapter  **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the Managing Member of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **5** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:  **July 20, 2011**                       **/s/ Djien H. So**
                                               **Djien H. So**/**Managing Member**
                                               Signer/Title

I,  **Jamie L. Harris**  , counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **5** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:  **July 20, 2011**                       **/s/ Jamie L. Harris**
                                               Signature of Attorney
                                               **Jamie L. Harris**
                                               **DelCotto Law Group PLLC**
                                               **200 North Upper Street**
                                               **Lexington, KY 40507-1017**
                                               **(859) 231-5800   Fax: (859) 281-1179**

```
Amis
221 22nd Street
Huntington WV 25703


Anthem Health Plans of KY Inc.
1099 Information Reporting
1 Wellpoint Way CAT 201 C005
Thousand Oaks CA 91362-5035


Asthma and Allergy Center, LLC
P. O. Box 2708
Pikeville KY 41502


Beth A. Conley
220 Gardner Tr
P. O. Box 1951
Salyersville KY 41465


BKD CPAs Advisors
220 W. Main St, Suite1700
Louisville KY 40201-1176


Brandy L. Ross
106 Clays Ferry Dr
Richmond KY 40475


Cahaba GBA Medicare
Rural Health Medicare
P.O.Box 11465
Birmingham AL 35202-1465


Cahaba Govenment Benefit Admin
P. O. Box 157
Louisville KY 40223-4019


Cardinal Health
P.O.Box 905867
Charlotte NC 28290-5867


Carla A. Watkins
3289 Hwy 203
Hazel Green KY 41332
```

```
Centers for Medicare & Medicaid Svc
Office of the Regional Administrator
Atlanta Federal Center
61 Forsyth Street, SW, Suite 4T20
Atlanta GA 30303-8909


Classic Printing
113 Caroline Av, Suite 1
Pikeville KY 41501


Cooley Medical
P.O.Box 231
Prestonsburg KY 41653


Deborah Perkins
HC 62 Box 1454
Salyersville KY 41465


Dell Financial
P.O.Box 5292
Carol Stream IL 60197-5292


Diane V. Haynie
104 Forrest Hill Drive
Pearisburg VA 24134


Division of Unemployment Insurance
Ed. Cabinet - Office of Legal Services
Attn: Amy Howard
500 Mero St, Third Floor
Frankfort KY 40601


Djien H. So
P. O. Box 2229
Pikeville KY 41502


Excalibur Graphics
1736 Hidden Hills Road
Gatlinburg TN 37738


Fiserv Health
P.O.Box 3079
Lexington KY 40504
```

```
Green Valley Rural Clinics
P. O. Box 3128
Pikeville KY 41502


Grogans
1016 S.Broadway
Lexington KY 40504


IBM Credit LLC
1 North Castle Drive
Armonk NY 10504


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


Internal Revenue Service
Linda F Edwards
1500 Ormsby Station Court
Louisville KY 40223-4019


Jessica G. Owens
36 Flat Branch Rd
Salyersville KY 41465


John Hancock Services
P.O.Box 2495
Carol Stream IL 60132-2495


Joseph Riego, MD
205 Robin Hill Road
Paintsville KY 41240


Kent Wicker, Esq.
Reed Wicker PLLC
2100 Waterfront Plaza
321 West Main Street
Louisville KY 40202


Kentucky Dept. of Revenue
Legal Branch - Bankruptcy Section
P O Box 5222
Frankfort KY 40602
```

```
Lab Corp
P.O.Box 12140
Burlington NC 27216-2140


Loretta Yates
HC 61 Box 761-A
Salyersville KY 41465


Magoffin Co OccupationalTax
P.O.Box 430
Salyersville KY 41465


Medicaid/Cabinet for Health & FS
c/o Ann Truitt Hunsaker, Esq.
Office of Legal Services, 5 W-B
275 East Main Strett
Frankfort KY 40621


Medical Arts Press
P.O.Box 37647
Philadelphia PA 19101-0647


Miniard Water
P.O.Box 7040
Hazard KY 41701


Office Depot
P.O.Box 5027
Boca Raton FL 33431-0827


Patricia Haywood
184 Haywood Br.
Spurlock Creek
Prestonsburg KY 41653


Pediatric Assoc. of Pikeville
P. O. Box 2748
Pikeville KY 41502


PitneyBowes/PurchasePower
P.O.Box 371874
Pittsburgh PA 15250-1874
```

```
Rebecca Baylous
Administrative Hearing Officer
Division of Administrative Hearings
275 East Main Street, HS1E-A
Frankfort KY 40621


Robin L. Johnson
HC 62 Box 1637
Salyersville KY 41465


Salyersville City Tax Dept
P.O.Box 640
Salyersville KY 41465


Salyersville National Bank
200 E Maple Street
Salyersville KY 41465


Steven H. Montgomery
HC 61 Box 879-C
Salyersville KY 41465


Susan M. Leedy-Howard
HC 62 Box 573
Salyersville KY 41465


Tina S. Elam
4704 Lick Creek Rd
Salyersville KY 41465


U of Louisville
218 South Scott Street
Madisonville KY 42431


US Bank National Association ND
P. O. Box 3427
Oshkosh WI 54903-3427


WRLV AM & FM
P.O.Box 550
Salyersville KY 41465
```